1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4   Telephone: (16) 554-2772

5  Attorneys for Plaintiff
   United States of America

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-087-LKK |
|---|---|---|
| 12 | Plaintiff, | STIPULATION AND ORDER AMENDING MOTION BRIEFING SCHEDULE |
| 13 | v. | Court: Hon. Lawrence K. Karlton |
| 14 | JOSE ROBERTO ORTEGA-GUTIERREZ, | |
| 15 | Defendant. | |

16

17     Whereas, the United States desires additional time to respond to defendant Jose Roberto Ortega-

18 Gutierrez's motion to suppress evidence as its undersigned prosecutor was involved in preparing for, and

19 conducting, a trial for much of the time after the defense motion was filed, and was unable to work on

20 preparing the United States' response to the motion,

21     It is hereby stipulated, by and between the parties, through their respective counsel, that:

22     1.   The previously set briefing schedule shall be amended to allow the United States until

23 October 29, 2013, to file its response to the defense motion,

24     2.   To avoid delay, defense counsel will reply verbally to the United States' opposition at

25 oral argument.

26     3.   Either party may request, with the Court's consent, the opportunity to set a further

27 schedule to brief points raised in the pleadings, or during oral argument."

28

STIPULATION AND ORDER AMENDING         1
BRIEFING SCHEDULE

4. The presently set November 5, 2013, motion hearing date shall remain as set.

DATED:  October 18, 2013               HEATHER E. WILLIAMS
                                       Federal Defender

                                       /s/     Michael Petrik

                                By:    MICHAEL PETRIK
                                       Attorney for Defendant
                                       JOSE ROBERTO ORTEGA-GUTIERREZ

DATED:  October 18, 2013               BENJAMIN B. WAGNER
                                       United States Attorney

                                By:    /s/     Samuel Wong

                                       SAMUEL WONG
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

STIPULATION AND ORDER AMENDING        2
BRIEFING SCHEDULE

O R D E R

Based on the representations and stipulations of the parties, and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its Order.

IT IS SO ORDERED.

Dated:  October 21, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT