1  BENJAMIN B. WAGNER
United States Attorney
2  SAMUEL WONG
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2772

5  Attorneys for Plaintiff
United States of America

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-087-LKK |
|---|---|---|
| 12 | Plaintiff, | STIPULATION AND ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| 13 | v. | |
| 14 | JOSE ROBERTO ORTEGA-GUTIERREZ, | Court: Hon. Lawrence K. Karlton |
| 15 | Defendant. | |

16

17      It is hereby stipulated and agreed by and between plaintiff United States of America, on the one

18 hand, and defendant Jose Roberto Ortega-Gutierrez, on the other hand, through their respective

19 attorneys, that: (1) the Court set a status conference hearing on December 10, 2013, at 9:15 a.m., for a

20 possible change of plea; and (2) time from the date of the parties' stipulation, November 22, 2013,

21 through, and including, December 10, 2013, shall be excluded from computation of time within which

22 the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.

23 § 3161(h)(7)(A) and (B)(iv) and Local Code T4.

24      This continuance is requested to allow defense counsel reasonable time to discuss with his

25 defendant a tentative settlement proposal to resolve this case and advise defendant regarding the

26 ramifications of the settlement proposal and the risks of proceeding to trial. The task of communicating

27 between defense counsel and his client is made more difficult as a court certified Spanish/English

28 interpreter will be necessary to translate any proposed plea agreement to the client. Accordingly, the

STIPULATION AND ORDER SETTING
STATUS CONFERENCE

1

parties stipulate and agree that the Court shall find that: (1) the failure to grant the requested continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: November 22, 2013        HEATHER WILLIAMS
                                Federal Defender

                                /s/ Michael Petrik
                         By:    _____
                                MICHAEL PETRIK
                                Attorney for defendant
                                Jose Roberto Ortega-Gutierrez
                                (per authorization)


Dated: November 22, 2013        BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Samuel Wong
                         By:    _____
                                SAMUEL WONG
                                Assistant U.S. Attorney

STIPULATION AND ORDER SETTING        2
STATUS CONFERENCE

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the representation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties' stipulation on November 22, 2013, up to and including the December 10, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h) (7) (A) and (B) (iv) and Local Code T4, to allow defense counsel reasonable time to prepare.

Dated:  November 25, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT